IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, <br> Plaintiff | § § § § | |
| v. | § § | CASE NO. 4:21-cv-2122 |
| TRIPLE PG SAND DEVELOPMENT, LLC. <br> Defendant | § § § § | JURY TRIAL DEMANDED |

-- -- -- -- -- -- -- -- -- -- -- **R E T U R N** -- -- -- -- -- -- -- -- -- -- --

Came to hand on the 19th day of July, 2021 and executed at 50 Waterford Circle, Nacogdoches, Texas 75965 within the County of Nacogdoches on the 19th day of July, 2021, by delivering to the within named Prabhakar Guniganti by certified mail, return receipt requested # 7020 2450 0001 6768 9412, (copy of return green card with signature attached as well as a copy of the USPS Tracking page from their website), a true copy of the summons together with the ORIGINAL PETITION SEEKING DECLARATORY JUDGMENT AND OTHER RELIEF accompanying pleading, Plaintiff's Certificate of Interested Parties, as well as the Court's Order for Conference and Disclosure of Interested Parties, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

_____
Carol Edmunds

Sworn to and subscribed before me this the 23rd day of July, 2021.

_____
Notary Public, THE STATE OF TEXAS

TRACY L. HARRIS
MY COMMISSION EXPIRES
SEPTEMBER 20, 2021
NOTARY ID: 12163767

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Triple P6 Sand Development LLC
c/o Its Registered Agent
Prabhakar Guniganti
50 Waterfura Circle
Nacogdoches, TX 75965

9590 9402 6339 0296 9624 56

2. Article Number (Transfer from service label)

7020 2450 0001 6768 9412

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X TK CM
☒ Agent
☐ Addressee

B. Received by (Printed Name): TK CM
C. Date of Delivery: 7/19/21

D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

81002.N974-Summons/Complaint

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70202450000167689412

Your item was delivered to an individual at the address at 3:50 pm on July 19, 2021 in NACOGDOCHES, TX 75965.

## ✓ Delivered, Left with Individual

July 19, 2021 at 3:50 pm
NACOGDOCHES, TX 75965

Feedback

Get Updates ∨

---

Text & Email Updates                                                              ∨

---

Tracking History                                                                  ∨

---

Product Information                                                               ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback