4823-8689-3814/SCS/8.17.21/km

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br>　　　Plaintiff<br><br>v.<br><br>TRIPLE PG SAND DEVELOPMENT, LLC.<br>　　　Defendant | §<br>§<br>§<br>§　CASE NO. 4:21-CV-2122<br>§<br>§<br>§<br>§<br>§　JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **TRIPLE PG SAND DEVELOPMENT, LLC, ("Triple PG")** Defendant herein, and files this Motion for an Extension of Time to Respond to Plaintiff's Original Complaint, and would show the following:

**I.**

Plaintiff's counsel, George T. Jackson, and counsel for Triple PG have agreed by email conversation on August 6, 2021 that Plaintiff will grant an extension of time until Monday, August 30, 2021 for the response of Triple PG in this cause of action.

WHEREFORE, PREMISES CONSIDERED, Defendant **Triple PG Sand Development, LLC** prays that the Court take notice of this Motion and the agreement between counsel to extend deadline for Defendant **Triple PG Sand Development** to respond to Plaintiff's Original Complaint until Monday, August 30, 2021, and grant its Order requesting the same.

4823-8689-3814/SCS/8.17.21/km

        Respectfully submitted,

        */s/ Scott C. Skelton*
        Scott C. Skelton
        State Bar No. 00784979
        SKELTON | SLUSHER | BARNHILL |
          WATKINS | WELLS PLLC
        1616 S. Chestnut St.
        Lufkin, Texas 75901
        Phone: 936.632.2300
        Fax: 936.632.6545
        sskelton@skeltonslusher.com
        ***Attorneys for Defendant JML Management, Inc.***

## CERTIFICATE OF CONFERENCE

On the 6th day of August, 2021, Counsel for Triple PG has conferred with Counsel for Plaintiff who advised he is unopposed to this motion.

        */s/ Scott C. Skelton*
        Scott C. Skelton

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served electronically via *U.S. District Court [LIVE ] Document Filing System* to all known counsel of record, on this 18th day of August, 2021.

        */s/ Scott C. Skelton*
        Scott C. Skelton