United States District Court
Southern District of Texas
**ENTERED**
August 24, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, <br> Plaintiff | § § § § § § § § § § | CASE NO. 4:21-CV-2122 |
| v. | | |
| TRIPLE PG SAND DEVELOPMENT, LLC. <br> Defendant | | JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

On this date came on to be considered Defendant Triple PG Sand Development, LLC's, Unopposed Motion for Extension of Time to Respond to Plaintiff's Original Complaint, and the Court, after having considered same and any responses thereto, is of the opinion and finds that same should in all things be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Triple PG Sand Development, LLC to respond to Plaintiff's Original Complaint is extended to Monday, August 30, 2021.

Signed: August 24, 2021

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT COURT JUDGE